UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA McKIMMEY, )<br>　　　　　　　Plaintiff, )<br>vs. )<br>DU-PAR'S RESORTS, INC., )<br>　　　　　　　Defendant. ) | Case No. 2:14-cv-01924-GMN-GWF<br><br>**AMENDED ORDER** |

　　　This matter is before the Court on Ruth L. Cohen's Motion to Withdraw as Counsel of Record for Plaintiff Christina McKimmey (#24), filed on June 18, 2015. Defendant filed its Response (#25) on July 6, 2015.

　　　Ruth L. Cohen moves to withdraw from the case due to a breakdown in communication between her and Plaintiff Christina McKimmey. Counsel has sufficiently established good cause for the withdrawal. Defendant does not oppose the withdrawal itself, but notes the multiple deadlines the Plaintiff has missed throughout this action. Defendant also notes that Plaintiff has no operative complaint on file, and has failed to respond to the Court's Order to Show Cause (#22).

　　　The Court will therefore separately order Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute. Accordingly,

　　　**IT IS HEREBY ORDERED** that Ruth L. Cohen's Motion to Withdraw as Attorney of Record for Christina McKimmey (#24) is **granted**. The law firm of Cohen & Padda, as well as Paul Padda, Esq., are withdrawn as counsel of record for Plaintiff.

　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Christina McKimmey to the civil docket:

. . .

**CHRISTINA MCKIMMEY**
**5600 E. RUSSELL ROAD**
**LAS VEGAS, NEVADA, 89122**

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Christina McKimmey with a copy of this order at her last known addresses listed above.

    DATED this 9th day of July, 2015.

                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge